AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Hawaii

474190

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR00.00183 DAE

HIPOLITO LNU (last name unknown), aka "Poli"

(Name and Address of Defendant)

FILED IN
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 30, 2000
at 1 o'clock and 30 min. P.M.
WALTER A.Y.H. CHINN, CLERK

YOU ARE HEREBY COMMANDED TO ARREST HIPOLITO LNU (last name unknown), aka "Poli" and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

using a communications facility in the commission of a conspiracy and conspiring to distribute and possess with intent to distribute heroin, cocaine, crystal methamphetamine - "ice", and marijuana,

in violation of Title 21 United States Code, Section(s) 843(b); 846.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *signature* | May 3, 2000 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

RETURNED UNEXECUTED
5-26-00 Superceding Indictment

Bail Fixed at No Bail        By: Francis I. Yamashita, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |