AO 83 (Rev. 12/85) Warrant for Arrest

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00183-13 DAE-FIY |
| HIPOLITA LNU (13) | |

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST HIPOLITA LNU (13) and bring him or her forthwith to the nearest magistrate to answer a Superceding Indictment, charging him or her with (brief description of offense)

21 USC 846 - Conspiracy to Distribute Controlled Substance - Counts 1.
21 USC 843(b) - Use Communications Facility - Controlled Substance - Count 11.

in violation of Title 21;8;18 United States Code, Section(s) 841(a)(1),843(b),846;1326;2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | May 25, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL.    By: Francis I. Yamashita, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |