AO 83 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2001

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

UNITED STATES OF AMERICA

V.

HIPOLITA LNU (13)

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00183-13 DAE-FIY

YOU ARE HEREBY COMMANDED TO ARREST HIPOLITA LNU (13) and bring him or her forthwith to the nearest magistrate to answer a Superceding Indictment, charging him or her with (brief description of offense)

21 USC 846 - Conspiracy to Distribute Controlled Substance - Counts 1.
21 USC 843(b) - Use Communications Facility - Controlled Substance - Count 11.

in violation of Title 21;8;18 United States Code, Section(s) 841(a)(1),843(b),846;1326;2.

Walter A.Y.H. Chinn

Name and Title of Issuing Officer

[signature]

Signature of Issuing Officer/Deputy Clerk

Clerk U.S. District Court

Title of Issuing Officer

May 25, 2000 at Honolulu, Hawaii

Date and Location

Bail Fixed at NO BAIL.   By: Francis I. Yamashita, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 2/27/01 | Anthony Lo Cope DUSM | [signature] |

413