# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/01  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00183DAE-BMK |
| CASE NAME: | United States of America Vs. (13) Hipolito Vargas-Lopez |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Stuart Fujioka-Special Appearance |
| INTERPRETER: | Patricia Harpstrite |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Tape-C-5 |
| DATE: | 2/28/01 | TIME: | 3:40pm-3:44pm |

COURT ACTION: EP: A & P as to the Superseding Indictment-Defendant present in Custody. This matter is hereby continued to 03-02-2001 @11:00 a.m. before Judge Kurren.

Defendant remanded to custody of the U.S. Marshal's

Leslie L. Sai, Courtroom Deputy Clerk

FEB 28 2001

G:\docs\leslie\CR NO. 00-00183DAE-BMK,(13) Hipolilto Vargas-Lopez,ls

414