AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 00-00183 DAE-BMK 013 |
| HIPOLITO LNU, aka "Poli" (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Barry M. Kurren, United States Magistrate Judge | Monday, July 2, 2001 @10:00 a.m. BMK |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846, 843(b).

Brief description of offense:
21 USC 846-Conspiracy to distribute controlled substance-Count 1
21 USC 843(b)-Use communications facility-controlled substance-distribute-Count(s) 9

| Walter A.Y.H. Chinn | June 12, 2001 |
|---|---|
| Name and Title of Issuing Officer | Date |

Signature of Issuing Officer/Deputy Clerk

480