# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 00-00183 DAE-BMK 013 |

HIPOLITO LNU, aka "Poli"
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Barry M. Kurren, United States Magistrate Judge | Date and Time<br>Monday, July 2, 2001 @10:00 a.m. BMK |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846, 843(b).

Brief description of offense:
21 USC 846-Conspiracy to distribute controlled substance-Count 1
21 USC 843(b)-Use communications facility-controlled substance-distribute-Count(s) 9

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 2 2001

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

| Walter A.Y.H. Chinn | June 12, 2001 |
|---|---|
| Name and Title of Issuing Officer | Date |

Signature of Issuing Officer/Deputy Clerk

513

AO 83 (Rev. 12/85) Summons in a Criminal Case

---

### RETURN OF SERVICE

Service as made by me on:¹                              Date

---

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on   7/2/01                    H. TAGOMORI
              Date                      Name of United States Marshal

                                        Howard H. Tagomori

                                        _____
                                        (by) Deputy United States Marshal

Remarks:   NOT IN CUSTODY

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure