EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808)  541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00183 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| HIPOLITY LNU, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant HIPOLITO LNU only on the ground(s) that the interests of justice requires such action.  Efforts of

the Drug Enforcement Administration to further identify the defendant have been unsuccessful.  The defendant is not in custody on the dismissed charge listed above.

        DATED:  February 27, 2008, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              UNITED STATES ATTORNEY
                              District of Hawaii

                              By /s/ Thomas Muehleck
                                 THOMAS MUEHLECK
                                 Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

        DATED: Honolulu, Hawaii, February 27, 2008.



                              _____
                              David Alan Ezra
                              United States District Judge

United States v. Hipolito LNU
Cr. No. 00-00183 DAE
Order for Dismissal

copies:   United States Marshal Service
          Drug Enforcement Administration